1  JEMMA E. DUNN
   Nevada Bar No. 16229
2  MATTHEW T. HALE
   Nevada Bar No. 16880
3  MICHAEL A. BURNETTE
   Nevada Bar No. 16210
4  GREENBERG GROSS LLP
   1980 Festival Plaza Drive, Suite 730
5  Las Vegas, Nevada 89135
   Telephone: (702) 777-0888
6  Facsimile: (702) 777-0801
     *JDunn@GGTrialLaw.com*
7    *MHale@GGTrialLaw.com*
     *MBurnette@GGTrialLaw.com*
8
   *Attorneys for Plaintiff*
9

10                      **UNITED STATES DISTRICT COURT**

11

12                              **DISTRICT OF NEVADA**

13

14  MARQUEZ DEON HARDISON, an individual,          Case No. 2:25-cv-00290-GMN-MDC

15                                                 **STIPULATION AND ORDER FOR DISMISSAL**
                    Plaintiff,
16
           v.
17
    WESTERN STATES CONTRACTING,
18  INC., a Nevada Corporation,

19
                    Defendant.
20

21       Plaintiff Marquez Deon Hardison ("Plaintiff"), by and through his counsel of record, the law

22  firm of Greenberg Gross LLP, and Defendant Western States Contracting, Inc. ("Defendant"), by

23  and through its counsel of record, the law firm of O'Hagan Meyer PLLC, hereby stipulate and agree

24  to the following:

25  ///

26  ///

27  ///

28  ///

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 18th day of August, 2025

| | |
|---|---|
| */s/ Michael A. Burnette* | */s/ Jeffrey D. Winchester* |
| JEMMA E. DUNN | JEFFREY D. WINCHESTER |
| Nevada Bar No. 16229 | Nevada Bar No. 10279 |
| MATTHEW T. HALE | O'HAGAN MEYER PLLC |
| Nevada Bar No. 16880 | 300 S. 4th Street, Suite 1250 |
| MICHAEL A. BURNETTE | Las Vegas, Nevada 89101 |
| Nevada Bar No. 16210 | |
| GREENBERG GROSS LLP | |
| 1980 Festival Plaza Drive, Suite 730 | |
| Las Vegas, Nevada 89135 | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Date: August 19, 2025

---

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE